

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| AXB:scm<br>F. #2020R00569 | *610 Federal Plaza*<br>*Central Islip, New York 11722* |

June 27, 2023

<u>By ECF and Email</u>

Jonathan Rosenberg, Esq.
Rosenberg Law Firm
137 Court Street, Suite 2
Brooklyn, New York 11201
Jonathan@RosenbergPLLC.com

       Re:   <u>United States v. Rickey Lynch</u>
              <u>Criminal Docket No. 21-405 (S-1) (GRB)</u>

Dear Mr. Rosenberg:

       In advance of trial in the above-referenced matter, the government hereby furnishes certain materials pursuant to 18 U.S.C. § 3500. These materials, which bear the prefix "3500," have been uploaded to the secure file-sharing platform USA File Exchange ("USAfx"). As we have previously advised you, because USAfx is not a storage site and the materials are automatically deleted within 60 days, you must download the materials from USAfx within 60 days from the date they were uploaded. In an abundance of caution, we are also producing these materials via encrypted disk, which is enclosed herewith and will be delivered via FedEx (Airbill

No. 772563954310).  The disk is password protected; the password will be provided to you by email. Also enclosed is an index of the § 3500 Material, which is not being filed electronically.

             Very truly yours,

             BREON PEACE
             United States Attorney

    By:  /s/ Anthony Bagnuola
       Anthony Bagnuola
       Assistant U.S. Attorney
       (631) 715-7849

Enclosures

cc: Clerk of the Court (GRB) (by ECF) (without enclosures)
   Nancy Tang, Esq. (via email at nyc.nancytang@gmail.com)
   Kevin Dunshee, Esq. (via email at kevin@rosenbergpllc.com)