## CRIMINAL CAUSE FOR JURY SELECTION AND TRIAL

**BEFORE JUDGE**: BROWN, USDJ  **DATE:** 7/10/2023   2.5 hrs voir dire
.5 hr jury selection
3 hrs trial.

**DOCKET No.  CR- 21-405**

**DEFENDANT:**   RICKEY LYNCH          **DEF. #**
Present on bond

**DEFENSE COUNSEL: Jonathan Avner Rosenberg, Nancy Tang, Howard Greenberg**
Retained

**A.U.S.A.:**      ANTHONY BAGNUOLA  , **James R. Simmons,**    Jason Garelick
INTERPRETER:   [Choose an item.] -- [Choose an item.]
COURT REPORTER:_ Fred Guerino , Lisa Schmid_          DEPUTY: <u>KM</u>

- ☒ Case called.
- ☒ Counsel for all sides present.
- ☒  Jury Selection begins.  Prospective Jurors sworn
- ☒ Jury voir dire held.
- ☐ Jury selection continued to: _____ .
- ☒ Jury empaneled and is satisfactory to all sides.
- ☒ Jury sworn.
- ☐ Trial to start on:_ .

- ☒ Jury trial begins opening statements heard by all sides
- ☒ Witness(es) sworn, testimony heard.
- ☒ Exhibits entered into evidence.
- ☒ Trial to resume on:  7/12/2023 at 9:30 a.m.

- ☐ Government rests.
- ☐ Defendant rests.
- ☐ Summations heard.
- ☐ Charge conference held.
- ☐ Jury charged and begin deliberations.
- ☐ Verdict entered:
  - ☐ **GUILTY** Verdict on Count(s):
  - ☐ **NOT GUILTY** Verdict on Count(s):
- ☐ Jurors polled and excused with the thanks of the Court.

☐ Motion schedule set:

☐ Motion in limine by _____ argued.
　　　The Court rules on the motion as follows:
　　　　　☐Choose an item..
　　　　　☐Other:

　　　　　.
☒ Other discussions held: Juror #6 is dismissed from the case.


☐ Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.

☒ Defendant continued:  ☐ in custody　　☒ on bond