# CRIMINAL MINUTE ORDER

**BEFORE JUDGE**: BROWN, USDJ  **DATE:** 7/12/2023
**DOCKET No.  CR- 21-405**  45 minutes

**DEFENDANT: RICKEY LYNCH**    **DEF. #**
Present on bond

**DEFENSE COUNSEL:  JONATHAN ROSENBERG, HOWARD GREENBERG, NANCY TANG**
Retained

**A.U.S.A.**:    ANTHONY BAGNUOLA  , **James R. Simmons,  Jason Garelick**
INTERPRETER:  [Choose an item.] -- [Choose an item.]
PROBATION OFFICER/PRETRIAL:  _Choose an item.
COURT REPORTER/FTR LOG:_ Fred Guerino  DEPUTY: KM

☒  Allocution
☐  Arraignment
☒  Change of Plea Hearing (~*Util-Plea Entered*)   ☐  Initial Appearance
☒  Jury Trial    ☐  Detention hearing
☐  Bond hearing
☐  Motion Hearing Non Evidentiary    ☐  Plea Agreement Hearing
☐  Other Evidentiary Hearing Contested   TYPE OF HEARING_____

**Do these minutes contain ruling(s) on motion(s)?**   ☐  YES   ☐  NO

☒  Case called.
☒  Counsel for all sides present.
☐  Defendant is informed of his/her rights.
☐  Choose an item..
   ☐ Pursuant to Federal Rule of Criminal Procedure 5(f), the court confirmed the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and summarized the possible consequences of violating those obligations. Written order to be docketed separately.

☐  Defendant waives public reading.

☒  Defendant is sworn to his statements.

☒  Defendant is questioned as to whether s/he has read and understands the charging instrument and the plea agreement.  Defendant has.

☐  Defendant waives indictment, a waiver is executed.

|   |   |
|---|---|
| ☒ | Defendant withdraws previous plea of not guilty and enters a plea of guilty to count __6s__ of the Superseding Indictment. |
| ☒ | The defendant explains the offense committed, the Government offers the proof they would present to the Court during trial. |

☒ The Court finds a factual basis for the plea and accepts it.

☒ Probation notified.
☐ Sentence held in abeyance.
☒ Sentencing date set for 11/17/2023 at 12:00 p.m.
☐ Government moves for Choose an item., argument heard.
☐ Choose an item.:
  ☐ Ruling:
    ☐ Order setting conditions of bond executed.
    ☐ Detention Order executed.
      ☐ Permanent.
      ☐ Temporary: Hearing set for Click or tap to enter a date.
☐ Defendant Choose an item.
☐ Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.
☒ OTHER: The jury trial has been resolved and concluded. The Jurors were excused with the thanks of the Court.

☒ Defendant continued: ☐ in custody   ☒ on bond