# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| United States of America | ) | Case No: 2:21 CR 00405 (GRB) |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | **SENTENCING MEMORANDUM** |
| Rickey Lynch, | ) | |
| | ) | |
| Defendant. | ) | |

The Honorable Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11743

   Re: United States v. Ricky Lynch
   <u>Criminal Docket No. 21-405 (S-1) (GRB)</u>

<u>Dear Judge Brown:</u>

  We write to respectfully submit the Sentencing Memorandum on behalf of Mr. Ricky Lynch, who stands before this Court for sentencing following his recent conviction. This memorandum aims to provide the Court with a comprehensive understanding of Mr. Lynch's background, the circumstances of the case, and the compelling factors that warrant your consideration in determining an appropriate sentence.

  In this document, we will discuss Mr. Lynch's personal history, his character, the offense for which he was convicted, and the factors that should mitigate the severity of the sentence he receives.

I.   <u>PROCEDURAL HISTORY</u>

On July 12, 2023, the defendant in this case, Ricky Lynch, agreed to plead guilty to Count Six of the Superseding Indictment, which alleged false statements, in violation of 18 U.S.C. §1001(a)(2). This occurred on the second day of the jury trial for the above captioned case. Based on Mr. Lynch's sworn statements, the Court dismissed the jury and accepted his plea.

II.   <u>LEGAL STANDARD</u>

The imposition of a federal sentence is governed by 18 U.S.C. §3553. 18 U.S.C. §3553(a) states that "The court shall impose a sentence sufficient, but not greater than necessary." Further, it states that "The court, in determining the particular sentence to be imposed, shall consider (1) the nature and circumstances of the offense and the history and characteristics of the defendant." 18 U.S.C. §3553(a)(1). Furthermore, *Pepper v. United States* states that "although a sentencing court must "give respectful consideration to the Guidelines, *Booker* permits the court to tailor the sentence in light of other statutory concerns as well…Accordingly, although the guidelines should be the starting point and the initial benchmark', district courts may impose sentences within statutory limits based on appropriate consideration of all the factors listed in 18 U.S.C. §3553(a), subject to appellate review for "reasonableness". *Kimbrough v. United States,* 552 U.S. 85. *See also, Gall v. United States,* 553 U.S. 38.

According to 18 U.S.C. §3553(a)(2), the need for the sentence imposed must (A) reflect the seriousness of the offense, to promise respect for the law, and to provide just punishment for the office; (B), to afford adequate deterrence to criminal conduct (C) to protect the public from further crimes of the defendant; and (D) to provide the defendant with needed educational or

vocational training, medical care, or other correctional treatment in the most effective manner. 18 U.S.C. §3553(a)(2).

In considering the appropriate sentence for Mr. Ricky Lynch, we respectfully submit that a non-custodial sentence aligns with the principles outlined in 18 U.S.C. §3553 and serves the interests of justice in this particular case.

III.　OFFENSE CONDUCT

In January of 2020, Mr. Ricky Lynch, operating under his company, Bright Lights Supreme Cleaning, undertook the task of lead-based paint remediation at a residential property in Freeport. In this endeavor, Mr. Lynch faced challenges related to certification, as his prior interim certification that he had obtained for this type of work had lapsed. The circumstances surrounding the project necessitated the presence of an individual with valid certification from the Environmental Protection Agency (EPA) to oversee the remediation efforts. Mr. Lynch proceeded to personally undertake the remediation work without a certified supervisor present, as mandated by EPA regulations. Mr. Lynch then, in communications with the EPA, made inaccurate claims regarding the presence of a supervisor during the project.

While acknowledging this aspects, it is important to recognize Mr. Lynch's commitment to addressing the remediation needs, albeit in the absence of a proper certification. His actions, although falling short of regulatory compliance, reflect an earnest endeavor to fulfill the obligations of the project. As we navigate this complexities, we invite the court to consider the broader context in which Mr. Lynch's actions transpired and to appreciate his genuine intent to contribute positively, albeit under challenging circumstances.

IV.    <u>FACTUAL BACKGROUND</u>

In the matter before this honorable court, the defendant, Mr. Ricky Lynch, is before you as a multifaceted individual of considerable standing within his community. As an entrepreneur and business-owner, Mr. Lynch has demonstrated commitment and dedication in his professional endeavors. Moreover, his active engagement at the Saint Paul Community Baptist Church underscores a strong moral and community oriented foundation.

It is crucial that the court take cognizance of Mr. Lynch's health conditions, as he is a chronically ill individual grappling with severe kidney issues. The challenges posed by his health condition significantly impact his daily life and it is crucial to weigh these health considerations when determining an appropriate and just sentence.

In addition to his professional and health-related aspects, Mr. Lynch is unequivocally a family man. His devotion to his family is evidence through his actions and responsibilities, underscoring the significance of familial ties in his life. This facet of Mr. Lynch's character is an integral component of the braoder context within which he functions.

As this court deliberates on the sentencing of Mr. Ricky Lynch, we respectfully submit that a comprehensive understanding of his identity, encompassing his roles as a business owner, church-goer, chronically ill individual, and family man, is essential for a fair and just resolution in this matter.

V.    <u>MITIGATING FACTORS</u>

In considering the factors that contribute to an equitable and just sentence for Mr. Ricky Lynch, it is imperitive to underscore the profound impact of his severe kidney problems on both his daily life and overall well-being.

Mr. Lynch's health challenges are not merely incidental but constitute a critical aspect of the mitigating circumstances surrounding this case. His severe kidney problem impose significant limitations on his physical capabilities, affecting not only his personal life, but also his ability to  contribute meaningfully to society. It is with great concern that we bring to the court's attention the severity of Mr. Lynch's health conditions, as documented by medical professionals. According to expert assessments, Mr. Lynch's prognosis indicates a limited life expectancy.

In light of Mr. Lynch's health circumstances, we respectfully submit that a compassionate consideration of these mitigating factors should inform the court's sentencing decision.

VI.   <u>SENTENCING OPTIONS</u>

In advocating for a fair and balanced resolution for Mr. Ricky Lynch, we earnestly request the court's thoughful consideration of alternative sentencing options that align with the principles outlined in 18 U.S.C. §3553(a). Recognizing the gravity of the offense, we submit that a punitive approach, solely in the form of incarceration, may not best serve the interests of justice in this case.

Probation stands as a viable alternative that would allow Mr. Lynch to remain within the community while adhering to court-imposed conditions. This approach would foster rehabilitation and accountability without imposing the severe impact of incarceration on an individual grappling with significant health challenges.

Given Mr. Lynch's health condition, home confinement emerges as a compassional alternative that balances accountability with the unique circumstances he faces. This measure

would enable him to fulfill any obligations imposed by the court while maintaining a supportive environment for his ongoing medical needs.

A tailored community service program could also provide Mr. Lynch with an alternative to incarceration while allowing him to make meaningful amends to society. By contributing positively to the community, he can demonstrate a commitment to restitution and rehabilitation, fostering a sense of responsibility and engagement.

In presenting these alternative sentencing options, our intent is not to diminish the seriousness of the offense, but rather to advocate for a sentencing approach that reflects the principles of proportionality and individualized justice. We believe that a judicious consideration of these alternatives would better serve both the interests of justice and the unique circumstances surrounding Mr. Lynch's case.

VII.    <u>CONCLUSION</u>

In conclusion, when contemplating the suitable sentence for Mr. Ricky Lynch, we respectfully propose that a sentence without custody aligns with the principles delineated in 18 U.S.C. §3553(a) and upholds the interests of justice in this specific case. This is due to Mr. Ricky Lynch's community ties, familial connections, health conditions, and business connections.

New York, New York
November 10, 2023

*Samantha Chorny*

_____

Samantha Chorny, Esq.
SMC Law Firm
433 Broadway, Ste 408
New York, NY 10013
Tel: (718)-970-1960
SamanthaChorny@SMC.law
*Attorneys for Defendant*

# EXHIBIT A



# Bright Lights Supreme Cleaning, INC.

### *Licensed, Bonded & Insured*
### Office: (718)474-3959  Cell: (347)780-0082
### Email: *brightlightscleaning@usa.com*

**About Bright Supreme Lights Cleaning Company**

*A family owned and operated business, established in April of 2002. First specializing in window cleaning and by the end of the year also providing house cleaning and residential services. In 2003 we began providing services to commercial buildings, including window washing and office cleaning. Our company has grown as well as the demand for our expertise; we now offer additional services such as: apartment move in/out cleaning, carpet cleaning and installation, interior/exterior painting, gutter debris removal and more. We have increased our staff of friendly, trustworthy workers who are well trained to ensure that our clients are very happy with the job done right.*

---

## Get 10% off now! We guarantee the lowest price!

### Our services include:

Mold abatement, remediation & removal. Septic system repairs. Tree service including removal of tree & stump, pruning, topping and trimming. Humane wildlife removal services for nuisance critters like raccoons, rats, mice, skunks, squirrels, opossums, etc. Gutter cleaning and debris removal. Carpet, furniture upholstery and drapery cleaning. Windows and air duct cleaning, Interior/exterior painting. Patio paving and brickwork. Restaurant grease trap cleaning. Fire prevention dryer duct cleaning. Crime scene clean ups. Chimney sweep and fireplace cleaning. Residential move in/out cleaning. Power washing and water damage clean up. Hardwood and tile flooring cleaning. Stripping, waxing and buffing flooring. Commercial cleaning and janitorial services.

# EXHIBIT B

**ACTION BY WRITTEN CONSENT**
**OF THE SOLE INCORPORATOR**
**OF**
**Bright Lights Supreme Cleaning Incorporated,**
a New York Corporation,
August 11, 2015

The undersigned, acting as the sole incorporator of Bright Lights Supreme Cleaning Incorporated, a New York corporation (the "Corporation"), hereby approves and adopts the following resolutions by this written consent without a meeting (this "Written Consent") pursuant to Section 404 of the New York Business Corporation Law, which shall be effective upon the commencement of the corporation's existence:

RESOLVED, that the bylaws regulating the conduct of the Corporation's business and affairs, in the form attached to this Written Consent, are hereby adopted as the bylaws of the Corporation ("Bylaws").

RESOLVED FURTHER, that the Secretary of the Corporation is hereby authorized and directed to execute a certificate of the adoption of the Bylaws, to insert the Bylaws as so certified and as may be amended from time to time, in the minute book of the Corporation and to see that a copy of the Bylaws, similarly certified, is kept at the principal executive office for the transaction of business of the Corporation, as required by law.

RESOLVED FURTHER, that each person named below is hereby elected to serve as a director of the Corporation until the first annual meeting of shareholders or such time as his or her successor is duly elected and qualified:

Rickey Lynch

RESOLVED FURTHER, that the officers of the Corporation, as elected by the Corporation's Board of Directors, are authorized and directed to insert a copy of this Written Consent in the minute book of the Corporation.

RESOLVED FURTHER, that the undersigned, the sole incorporator of the Corporation, hereby resigns as the incorporator of the Corporation, effective upon the commencement of the corporation's existence.



RESOLVED, that any and all actions taken by any officer of the Corporation in connection with the matters contemplated by the foregoing resolutions are hereby approved, ratified and confirmed in all respects as fully as if such actions had been presented to the Board for approval prior to such actions being taken.

IN WITNESS WHEREOF, each of the undersigned, being all the directors of the Corporation, has executed this Written Consent as of the date set forth below.

Date: August 11, 2015

Directors:

Rickey Lynch

# EXHIBIT C

N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS           ALBANY, NY 12231-0001

FILING RECEIPT

==============================================================================
ENTITY NAME: BRIGHT LIGHTS SUPREME CLEANING INCORPORATED

DOCUMENT TYPE: INCORPORATION (DOM. BUSINESS)                COUNTY: QUEE

==============================================================================
FILED:08/06/2015 DURATION:PERPETUAL   CASH#:150806000622 FILM #:150806000610
                          DOS ID:4800981

        FILER:                                        EXIST DATE
        ------                                        ----------
        CHEYENNE MOSELEY                              08/06/2015
        C/O LEGALZOOM.COM INC
        9900 SPECTRUM DR
        AUSTIN, TX 78717

        ADDRESS FOR PROCESS:
        --------------------
        C/O UNITED STATES CORPORATION AGENTS, INC.
        7014 13TH AVENUE SUITE 202
        BROOKLYN, NY 11228

        REGISTERED AGENT:
        -----------------
        UNITED STATES CORPORATION AGENTS, INC.
        7014 13TH AVENUE SUITE 202
        BROOKLYN, NY 11228

        STOCK:        11  PV             .0010000

        The corporation is required to file a Biennial Statement with the Department
        of State every two years pursuant to Business Corporation Law Section 408.
        Notification that the biennial statement is due will only be made via email.
        Please go to www.email.ebiennial.dos.ny.gov to provide an email address
        to receive an email notification when the Biennial Statement is due.

==============================================================================
SERVICE COMPANY: LEGALZOOM.COM, INC. - AF            SERVICE CODE: AF *

FEES        160.00                          PAYMENTS      160.00
         --------                                       --------
FILING      125.00                          CASH            0.00
TAX           0.00                          CHECK           0.00
CERT          0.00                          CHARGE          0.00
COPIES       10.00                          DRAWDOWN      160.00
HANDLING     25.00                          OPAL            0.00
                                            REFUND          0.00
==============================================================================
                                              DOS-1025 (04/2007)

# EXHIBIT D

**To: Honorable Judge Gary R. Brown:**                    **November 9, 2023**
**United States District Court**
**Eastern District of New York**

**Re:  Character  Reference for Rickey Lynch**
      **No. 21-Cr-405**

      **Dear Judge Brown:**

      **I hope this letter finds you in good health.  I am writing to "vouch" for the character of my cousin, Rickey Lynch, who is currently facing a false statement to EPA official's.  I believe it is crucial for you to understand Rickey Lynch truly is beyond the confines of the court.  I have known my cousin for forty seven years and in that time, I have come to know him as compassionate, and hardworking, even though he has Kidney damage, with a very short life ahead of him.  I would have to give my cousin, Rickey Lynch credit, he was release in 2014, and thereafter, started his own family cleaning company, after know one would hire him, because he has a non- violent felony record, supported his family, even friends. My cousin Rickey, really did not have any real problems with the law, since the incident known to me above.   He has remorse and regret that he even did such a stupid act as this.  Although, he been around the bush, however, he did something positive that surprise me and family, he started his own business, paid his taxes like the rest of us, and has support his family, and a church going person, which I am not, meaning that I have never been in trouble with the law, or go to church as my cousin, Rickey Lynch does, I am respectfully, asking this court for leniency towards my cousin, Rickey Lynch, and the hardship, due to his illness of kidney disease, and to spare him of his sentencing day for he can spend Thanksgiving for the last time with his family, before his time passes.**

      **Thank You, your Honor, for your time in this matter.**

      **Sincerely yours,**

      *Jeffrey Watkins*

      **Jeffrey  Watkins, Cousin**

# EXHIBIT E

To: Honorable Judge Gary R. Brown
    District Judge
    United States Eastern District Court

November 9th, 2023

Dear Judge Brown:

I'm a retired attorney who spent my entire career in criminal law... First, as a Prosecutor with Kings County District Attorney's Office and then as a partner at a White-Collar Federal defense firm in Suffolk County, New York.

I've tried cases ranging from simple drug possessions to death-penalty eligible homicides (Name is not important for security reasons). I met Mr. Rickey Lynch, (A very smart indivdual in regards to his work, in his company), in which he done a very professional job at my house and family house in regards to replacing five thousand square feet of ceramic floor tiles, and hardwood flooring, at the best price, that's around (I check through various contractors) through the internet, which I met Mr. Lynch

I believe that a person in Mr. Lynch caliber deserve a "second chance"in life, especially, in such a case like this. While our Friendship and professional live overlap, I'll add that as a friend, Mr Lynch has been alway to me and others family members, loyal and honest in regards to his work, through these current problems, which he has address to me, the pain it has cost him, and his family and remorse upon this Honorable Court, that was time consuming for such action.

Thank You.

A.Y.J.

# EXHIBIT
# F

Saint Paul Community Baptist Church
859 Hendrix Street
Brooklyn New York 11207

November 9, 2023

To: The Honorable Judge Gary Brown:

Re: Rickey Lynch Sr.

Dear Judge Brown; this letter is to inform and support the case of Rickey Lynch, who is an active member of our church and participates in activities of our community.  I have known Mr. Lynch since I joined the church in February 2007, and would like to affirm that he is a good, faithful, and reliable husband and father of his family.  Rickey Lynch, who is kind and sincere person, participates in the Church services, helps with different work activities, and is known and likes by members of our church.

Rickey Lynch and family, attends church every Sundays and also volunteers his time at specials events, that our church holds. From June 2023 to August 2023, Mr. Lynch also helpd teach Bible study to the children of our church, thanks to his vast Knowledge of the Bible that stems from years of workship.

Though the circumstances under which Mr. Lynch came to at this time, we are, and will be grateful to have Mr. Lynch as part of our church and for church to bear witness to Mr. lynch journey here to safety, a great example of difficulties love and faith in God and our church is very visible and present in all he does.

Sincerely,

Thank you for your assistance

Paul Robinson

Associate Pastor
Paul Robinson

# EXHIBIT

# G



OCA Official Form No.: 96

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Rickey Lynch | 1/30/1963 | XXX-XX-8631 |

Patient Address

115 Beach 101st Street Apt 4B Rockaway Park, NY 11694

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form
In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996
(HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH
TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on
the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I
initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is
prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I
understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If
I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division
of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are
responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may
revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for
benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this
redisclosure may no longer be protected by federal or state law.

6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL
CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).

7. Name and address of health provider or entity to release this information:
Joseph P. Addabbo Family Health Center (Dr. Charlie Chen) 6200 Beach Channel Drive, Arverne, NY 11691

8. Name and address of person(s) or category of person to whom this information will be sent:
Lubin & Licastri, PC, 551 Stewart Ave, 4th Fl Garden City, NY 11530

9(a). Specific information to be released:
☐ Medical Record from (insert date) _____ to (insert date) _____
☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films,
referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
☑ Other: Narrative report _____

Include: (*Indicate by Initialing*)

_____ Alcohol/Drug Treatment
_____ Mental Health Information
_____ HIV-Related Information

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
Initials                                        Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: | 11. Date or event on which this authorization will expire: |
|---|---|
| ☐ At request of individual<br>☐ Other: | At the conclusion of litigation |
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a
copy of the form.

_____     Date: 10/9/2017
Signature of patient or representative authorized by law.

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could
identify someone as having HIV symptoms or infection and information regarding a person's contacts.

# EXHIBIT H


**Joseph P. Addabbo**
*Family Health Center*

**Lynch, Rickey**

54 Y old Male, DOB: 01/30/1963
Account Number: 98116
**215 BEACH 101 STREET, #4B, ROCKAWAY BEACH, NY-11694**
Home: 347-780-0082
**Guarantor: Lynch, Rickey    Insurance:** EMBLEM HEALTH/HIP
Payer ID: 55247
Appointment Facility: 1 JP ADDABBO FHC

10/13/2017                                    Progress Notes:  CHARLIE CHEN, DO

### Past Medical History
Patient Past Medical History: .
    Previous physician name: BRANDON P. NAING; Last physical examination was on 12/2013 .
    Seeing other specialists: GREGORY P. DILMENTIN .
    Infections (+); ONYCHOYOSIS .
    Patient denies STD; .
    Patient denies any blood transfusions; .

    The Following Conditions Treated In The Past:
    .

    Hospitalizations; Others; .

    Preventive Care History: .
    Last date of Flu:11/2014; .
    Last date of TB Screening:11/2014; Negative; .
    Others: RENAL FAILURE .

### Allergies
No Known Allergies: Allergy

### Reason for Appointment
1. Follow up and medical statement

### History of Present Illness
Constitutional:
    Pt is a 54 year old AA m with pmh sig for CKD stage 3 who is presenting to the clinic today for a medical letter. Pt is requesting a medical statement for his lawyer that summarizes the severity of his medical problems. The pt was exposed to toxic substances while in prison confinment in 7/2010. Subsequently the patient was found to have damage to his kidneys that was unknown prior to the confinment. He has seen a nephrologist who states that his renal function is not improving and he is currently ckd stage 3. The nephrologist has told the patient that the damage is permanent and he will eventually need hemodialysis and should consider transplantation. Pt states that he becomes short of breath easily and has noticed increased swelling in his ankles. He is requesting a referral for another nephrologist. eGFR was 69 back in 2015 and continues to drop to this day, most recent lab work showing eGFR is now 44. He denies any use of tobacco, alcohol, or illicit drug use. Currently he states that he feels dizzy, is fatigued, is short of breath, has low back pain, swelling around his ankles bilaterally, a nail discoloration due to onychomycosis infection. He is also reporting fluctuating weight and numbness in the hands. He is not currently on any medication and is adhering to a renal diet to reduce fluid retention due to his renal damage. He denies any headache, vision or hearing changes, sore throat, chest pain, abdominal pain, n/v/d, constipation, or dysuria. States no known drug allergies.

### Vital Signs
Temp oral:97.9, Ht 72 in, Wt **296 lbs**, BMI 40.14 Index, Pain scale 0 1-10, BP sitting:**133/78**, HR **58 /min**, Wt-kg 134.26 kg.

### Examination
General Examination:
    GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
    HEAD: normocephalic, atraumatic.
    EYES: pupils equal, round, reactive to light and accommodation.
    EARS: normal.
    ORAL CAVITY: mucosa moist.
    THROAT: clear.
    NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy.
    SKIN: no suspicious lesions, warm and dry.
    HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
    LUNGS: clear to auscultation bilaterally.
    ABDOMEN: normal, bowel sounds present, soft, nontender, nondistended.
    EXTREMITIES: 1+ pitting edema up to the mid tibia bilaterally, no clubbing, cyanosis, .
    PERIPHERAL PULSES: 2+ throughout radial, dorsalis pedis, and posterior tibial.
    NEUROLOGIC: nonfocal, motor strength normal, sensory exam intact.

C. Ch
11/9/18

## Assessments
1. CKD (chronic kidney disease) stage 3, GFR 30-59 ml/min - N18.3 (Primary)

## Treatment
**1. CKD (chronic kidney disease) stage 3, GFR 30-59 ml/min**
    LAB: CBC (INCLUDES DIFF/PLT) (Ordered for 10/13/2017)
    LAB: COMP METAB PANEL (Ordered for 10/13/2017)
Referral To:Nephrology
       Reason:stage 3 ckd

## Labs
    Lab: CBC (INCLUDES DIFF/PLT) (Ordered for 10/13/2017)
    Lab: COMP METAB PANEL (Ordered for 10/13/2017)

## Follow Up
3 Months

**Electronically signed by CHARLIE CHEN , MD on 10/17/2017 at 08:47 AM EDT**

**Sign off status: Completed**

**1 JP ADDABBO FHC
6200 BEACH CHANNEL DR
ARVERNE, NY 11692-1409
Tel: 718-945-7150
Fax:**

EXHIBIT
I

| | NAME | VALUE | REFERENCE RANGE | LAB |
|---|---|---|---|---|
| F | GLUCOSE | 89 | 65-139 (mg/dL) | TBR |

- The glucose reference range is based on a non-fasting state.

| | NAME | VALUE | REFERENCE RANGE | LAB |
|---|---|---|---|---|
| F | SODIUM | 138 | 135-146 (mmol/L) | TBR |
| F | POTASSIUM | 4.5 | 3.5-5.3 (mmol/L) | TBR |
| F | CHLORIDE | 104 | 98-110 (mmol/L) | TBR |
| F | CARBON DIOXIDE | 28 | 20-31 (mmol/L) | TBR |
| F | UREA NITROGEN | 21 | 7-25 (mg/dL) | TBR |
| **F** | **CREATININE** | **1.47  H** | **0.70-1.33 (mg/dL)** | **TBR** |

- The upper reference limit for Creatinine is approximately

- 13% higher for people identified as African-American.

| | NAME | VALUE | REFERENCE RANGE | LAB |
|---|---|---|---|---|
| F | BUN/CREATININE RATIO | 14 | 6-22 ((calc)) | TBR |
| F | CALCIUM | 9.3 | 8.6-10.3 (mg/dL) | TBR |
| F | PROTEIN, TOTAL | 7.1 | 6.1-8.1 (g/dL) | TBR |
| F | ALBUMIN | 4.0 | 3.6-5.1 (g/dL) | TBR |
| F | GLOBULIN | 3.1 | 1.9-3.7 (g/dL (calc)) | TBR |
| F | ALBUMIN/GLOBULIN RATIO | 1.3 | 1.0-2.5 ((calc)) | TBR |
| F | BILIRUBIN,TOTAL | 0.4 | 0.2-1.2 (mg/dL) | TBR |
| F | ALKALINE PHOSPHATASE | 76 | 40-115 (U/L) | TBR |
| F | AST | 21 | 10-35 (U/L) | TBR |
| F | ALT | 29 | 9-46 (U/L) | TBR |
| **F** | **EGFR NON AFR AMERICAN** | **53  L** | **>=60 (mL/min/1.73m2)** | **TBR** |
| F | EGFR AFRICAN AMERICAN | 62 | >=60 (mL/min/1.73m2) | TBR |

0

PERFORMING LAB: TBR, Quest Diagnostics One Malcolm Avenue, Teterboro NJ 07608 Lawrence Tsao, M.D.

Lynch, Rickey , M, 01/30/1963

Accession ID: KU266999