RICKEY LYNCH
208 Beach 77th Street,
Unit B
Arverne New York 11692
(516) 737-8934
brightlightscleaning@usa.com

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    MAY 30 2024    ★

LONG ISLAND OFFICE

May 28, 2024

Clerk of United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re: Case No. 2:21-cr-00405-(GRB)**

Dear Sir/Madam:

Please find enclosed Notice from Supreme Court, of the United States Office of the Clerk, that a writ of certiorari has commenced, that requested me to serve all parties to action with attached writ, and Appendix .

Please feel free to contact me at the above address, if further information is needed. Thank you,

Sincerely,

Rickey Lynch, Defendant,
Petitioner.

RECEIVED
MAY 30 2024
EDNY PRO SE OFFICE

RECD IN PRO SE OFFICE
MAY 30 '24 PM3:32

Rickey Lunch
208 Beach 77th Street
Arverne New York 11692

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS; FOLD AT DOTTED LINE
CERTIFIED MAIL

9589 0710 5270 0559 2939 43

Retail

U.S. POSTAGE PAID
PM
FREEPORT, NY 11520
MAY 28, 2024

11722

$17.30

RDC 03

S2323Y501922-84

Clerk of United States
District Court, Eastern
    District of New York
100 Federal Plaza
Central Islip, New York 11722